IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **JACOB GAVIN HILES,**<br><br>Plaintiff,<br><br>v.<br><br>**CABLE NEWS NETWORK, INC.,**<br><br>Defendant. | Case No. 2:23-cv-351-AWA-LRL |

**NOTICE REGARDING DEFENDANT'S MOTION TO**
**DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, pursuant to this Court's Procedure for Civil Motions (ECF No. 3),[1] Defendant Cable News Network, Inc. ("CNN") hereby advises that it desires a ruling based upon the briefs alone (without oral argument) as to its Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 12).  CNN's counsel attempted to confer with Plaintiff's counsel by both email and telephone but received no response prior to filing this Notice.

Dated: January 22, 2024

Respectfully submitted,

BALLARD SPAHR LLP

By:  */s/ Jay Ward Brown*
Jay Ward Brown (Va. Bar No. 34355)
Maxwell S. Mishkin (*pro hac vice*)
Lauren Russell (*pro hac vice*)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1136
brownjay@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballardspahr.com

*Attorneys for Defendant Cable News Network, Inc.*

---

[1] To the extent the Court intended by its Order (ECF No. 3) to have counsel file this Notice by a specific deadline, undersigned counsel accepts responsibility for and apologizes for the delay in having done so here, which was inadvertent.

```
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd of January, 2024, I caused a copy of the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all interested parties.

*/s/ Jay Ward Brown*
Jay Ward Brown (Va. Bar No. 34355)
1909 K Street NW, 12th Floor
Washington, DC 20006
(202) 508-1136
brownjay@ballardspahr.com