IN THE DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

CASE NO. 2:23-CV-351-AWA-LRL

JACOB GAVIN HILES,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

### **PLAINTIFF'S NOTICE PURSUANT TO RULE 7(E)**

Plaintiff, Jacob Gavin Hiles ("Hiles" and/or "Plaintiff"), by and through his undersigned counsel, hereby submits this notice to the Honorable Court for a ruling on the Plaintiff's Request for Clerk's Entry of a Default (Dkt. 17):

On or about February 14, 2024, Counsel for Plaintiff conferred with Counsel for Defendant. While the Plaintiff is not requesting a hearing on Plaintiff's Request for Clerk's Entry of Default, Counsel for Defendant informed Counsel for Plaintiff that the Defendant is requesting a hearing on the Request for Clerk's Entry of Default and Plaintiff does not object to the Defendant's request for a hearing. Notwithstanding, Plaintiff does not believe a hearing is warranted because Plaintiff filed a Request for Clerk's Entry of Default which should be automatically entered pursuant to Local Rule 7E and the Rule 55 Federal Rules of Civil Procedure.

Dated: February 20, 2024

*Jacob Gavin Hiles v. Cable News Network, Inc.*
U.S. District Court for the Eastern District of Virginia | Case No. 2:23-CV-351-AWA-LRL

Page **1** of **2**

Respectfully submitted,

| | |
|---|---|
| **BUSH & TAYLOR, P.C.** | **HODSON LAW FIRM | PLLC** |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
| 4445 Corporation Lane | 1110 Brickell Avenue, Suite 430 |
| Virginia Beach, Virginia 23462 | Miami, Florida 33131 |
| Tel: (757) 213-6846 | Tel: (305) 704-9580 |
| Fax: (757) 935-5533 | Fax: (305) 704-9582 |
| alex@bushtaylor.com | don@hodsonlawfirm.com |
| By: _____/s/_____ | By: : _____/s/_____ |
| **ALEXANDER H. BELL** | **DONALD J. HODSON** |
| Virginia Bar No. 84859 | Florida Bar No. 120256 |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court this 11th day of September 2023, and electronically served via the Court's e-filing system on the following individual(s): Jay Ward Brown, Esq., Ballard Spahr, LLP, 1909 K Street NW, 12th Floor, Washington, D.C., 20006, brownjay@ballardspahr.com, miskinm@ballardspahr.com, and russelll@ballardspahr.com.

By: _____/s/_____
ALEXANDER H. BELL

*Jacob Gavin Hiles v. Cable News Network, Inc.*
U.S. District Court for the Eastern District of Virginia | Case No. 2:23-CV-351-AWA-LRL

Page **2** of **2**